TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00266-CV

Rebecca Mull, RN and John Phillips, D.O., Appellants

v.

Mike Casey on behalf of the Estate of Lori C. Casey, Deceased, Appellee

FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT

NO. 23,233, HONORABLE HAROLD R. TOWSLEE, JUDGE PRESIDING 

PER CURIAM

 Appellant, John Phillips, D.O., has filed a motion to dismiss appeal in this cause,
pursuant to Tex. R. App. P. 42.1(a)(2), on May 19, 2000, and an amended unopposed motion to
dismiss appeal on May 30, 2000. We grant the amended motion and dismiss appellant's, John
Phillips, D.O., appeal. Appellant's motion to dismiss is dismissed as moot. The appeal on behalf
of appellant Rebecca Mull, RN, was dismissed previously.

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: June 22, 2000

Do Not Publish